UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
LOUIS MARTIR and LILIANA MARTIR,

                              Plaintiffs,

       -against-

THE CITY OF NEW YORK, NEW YORK CITY
HEALTH AND HOSPITALS CORPORATION,
JOSE R. SANCHEZ, FRANK J. CIRILLO, and      07Civ.7922
ALAN D. AVILES,                                 (LTS)(KNF)

                              Defendants.
------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                         ss:
COUNTY OF NEW YORK   )

    ANTHONY SANCHEZ, being duly sworn, deposes and says that I reside in Queens, New York, am over the age of eighteen (18) and am not a party to this action.

    That on October 1, 2007, deponent served the within **Initial Conference Order** upon:

    THE CITY OF NEW YORK
    Office of the Comptroller of the City of New York
    Bureau of Law and Adjustment
    Municipal Building
    One Centre St.
    New York, NY 10007

    NEW YORK CITY HEALTH AND HOSPITALS CORPORATION
    125 Worth St.
    New York, NY 10007
        HHC Claim # 41-026

    JOSE R. SANCHEZ
    % NEW YORK CITY HEALTH AND HOSPITALS CORPORATION
    125 Worth St.
    New York, NY 10007

```
FRANK J. CIRILLO
% NEW YORK CITY HEALTH AND HOSPITALS CORPORATION
125 Worth St.
New York, NY 10007

ALAN D. AVILES
% NEW YORK CITY HEALTH AND HOSPITALS CORPORATION
125 Worth St.
New York, NY 10007
```

at the addresses designated by Hand-Delivery.

_____
ANTHONY SANCHEZ

Sworn to before me this
2nd day of October, 2007

_____
Notary Public

JEANNE H. FAIR
Commissioner of Deeds
City of New York - No. 5-1127
Certificate Filed in Richmond County
Commission Expires Oct. 1, 20 08

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y. 10038