UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
LOUIS MARTIR AND LILIANA MARTIR,

                                               Plaintiffs,

                    -against-

THE CITY OF NEW YORK, THE NEW YORK CITY
HEALTH AND HOSPITALS CORPORATION, JOSE R.
SANCHEZ, FRANK J. CIRILLO and ALAN D. AVILES,

                                               Defendants.
-------------------------------------------------------------------x

Civil Action No.:
07-CV-7922 (LTS)

## CERTIFICATE OF SERVICE

      I hereby certify that, on November 29, 2007, I caused a true and correct copy of Judge Laura T. Swain's memo endorsed order, dated November 26, 2007, granting defendants' request for an extension of time to respond to the complaint, to be delivered to Edward S. Bosek, Esq., Weitz & Luzenberg, PC, attorneys for plaintiffs in the above-referenced matter, by transmitting a copy of the same via a fax machine situated at 100 Church Street, in the Borough of Manhattan, City of New York, regularly maintained by the Law Department of the City of New York, directed to said attorney at fax number (212) 742-8485, being the fax number designated by him for that purpose. Further, on November 29, 2007, I received confirmation that the aforementioned order arrived at said attorney's office in its complete form. I further certify that on November 30, 2007, I mailed a copy of Judge Laura T. Swain's memo endorsed order, dated November 26, 2007, to said attorney by depositing a copy of the same, enclosed in a first class post paid properly addressed wrapper, in an official depository located at 100 Church Street, in the Borough of Manhattan, City of New York, directed to Edward S. Bosek, Esq., Weitz & Luzenberg, PC, Attorneys for Plaintiffs, 180 Maiden Lane, New York, New York 10038, being the address designated by him for that purpose.

Dated:     New York, New York
              November 30, 2007

                                                                     Christopher A. Seacord (CS 0821)
                                                                     Assistant Corporation Counsel