UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X   Index No.   07 CIV 7922
LOUIS MARTIR and LILIANA MARTIR,

                     Plaintiff(s)

     Against                                                          Affidavit of Service of
                                                                                         Summons and Complaint
THE CITY OF NEW YORK, ET AL,

                     Defendant(s)
------------------------------------------------------------------X

STATE OF NEW YORK, COUNTY OF NEW YORK, SS:

The undersigned, being duly sworn, deposes and says: deponent is not a party herein, is over 18 years of age and resides at BRONX, NY

That on November 29, 2007 at 08:30 AM at the address

        4724 188TH STREET
        FLUSHING, NY 11358

deponent served the within Summons and Complaint

UPON:  JOSE R. SANCHEZ.

By personally delivering a true copy of the Summons and Complaint to said served.
Deponent knew the person so served to be the defendant described therein.


Deponent describes the person actually served as follows:
SEX:     MALE
SKIN:    White
HAIR:    Gray
AGE:     36-50
HEIGHT:  5'4"-5'8"
WEIGHT:  161-170

        I asked the person spoken to whether said served was in active military service of the United States or of the State of New York in any capacity whatsoever and received a negative response. Said served wore ordinary civilian clothing and no military uniform. The grounds of this belief and the source of my information in this regard are the observations and conversations accounted above. Hence upon information and belief, I assert that the recipient is not in military service of the United States or of New York State as the term is defined in the state or in the Federal statutes.

                                                                                       ANGELO RODRIGUEZ
Sworn to before me this    30th day of November, 2007         LICENSE NO.: 1000177

REGENIA HYMAN
NOTARY PUBLIC. STATE OF NEW YORK
NO: 01HY6045811
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES: July 31, 2010