UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

LOUIS MARTIR and LILIANA MARTIR,

                         Plaintiffs,

    -against-

THE CITY OF NEW YORK, THE NEW YORK CITY
HEALTH AND HOSPITALS CORP., JOSE R.
SANCHEZ, FRANK J. CIRILLO and ALAN D. AVILES,

                         Defendants.

------------------------------------------------------------- x

**ORDER**

07 Civ. 7922 (LTS)(KNF)

Defendants having requested that the preliminary conference in this matter currently scheduled for December 21, 2007, be adjourned until January 11, 2008, and plaintiffs having consented to that request,

**IT IS HEREBY ORDERED THAT:**

1. The preliminary conference in this matter is adjourned and rescheduled for January 24, 2008, at 4:30pm in Courtroom No. 17C, Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York 10007;

2. Counsel for all parties shall prepare, execute and file with the Court, with one courtesy copy provided to chambers of the undersigned, no later than seven (7) calendar days before the date set forth in paragraph 1 above, the parties' Preliminary Pre-Trial Statement as outlined by the Court's Initial Conference Order dated September 21, 2007.

**IT IS SO ORDERED.**

Dated:     New York, New York
           December 14, 2007

                                      LAURA TAYLOR SWAIN
                                      United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 1 4 2007