

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: JAN 0 2 2008

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**MICHAEL A. CARDOZO**
*Corporation Counsel*

**CHRISTOPHER A. SEACORD**
Labor and Employment Law Division
Phone: (212) 788-0866
Fax: (212) 341-3934
cseacord@law.nyc.gov

# MEMO ENDORSED

December 20, 2007

<u>**BY FAX (212-805-0426)**</u>
Honorable Laura T. Swain
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 755
New York, NY 10007

     Re  <u>Martir v. City of New York, et al.</u>
       07 Civ. 7922 (LTS)

Dear Judge Swain:

     I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendants City of New York ("the City") and New York City Health and Hospitals Corporation ("HHC") in the above-referenced matter. As set forth more fully below, I write to respectfully request a final three-week extension of defendants' time to respond to the amended complaint in the instant matter.

     As I have discussed in my previous communications with the Court, the amended complaint in this matter names several individual defendants who are being sued in both their official and individual capacities. To date, a decision has not been made by the individual defendants as to whether they wish to be represented by the Corporation Counsel, or whether they will seek representation from private counsel. Thus, the additional time is necessary in order to allow the individual defendants more time to make their decision, and subsequently submit an appropriate response.

     Defendants' time to respond to the complaint currently expires on December 20, 2007. Should the Court grant the instant request, defendants' time to respond to the complaint would be extended until January 10, 2008. I have spoken with plaintiffs' counsel and he has indicated that he does not object to the requested extension. This is defendants' second request for an extension of time to respond to the amended complaint. Defendants' previous request was

Copies mailed/faxed to *Defts Counsel*
Chambers of Judge Swain    *12-28-07*

granted by the Court on November 26, 2007. In addition, defendants previously requested an adjournment of the preliminary conference in this matter, which the Court granted on December 14, 2007.

Respectfully submitted,

Christopher A. Seacord (CS 0821)
Assistant Corporation Counsel

cc:   Edward S. Bosek, Esq. (By Fax)
Weitz & Luxenberg, P.C.
Attorneys for Plaintiffs
180 Maiden Lane
New York, NY 10038
Phone: (212) 558-5500
Fax: (212) 742-8485

*Defendnts' time to respond to the complant is extended until Jan 10, 2008.*

*SO ORDERED*

*USDJ*
*12-28-07*
*Part I*

2