UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

COUNTY OF
--------------------------------------------------------------------------X   Index No.   07 CIV 7922

LOUIS MARTIR and LILIANA MARTIR,

                      Plaintiff(s)

    Against                                                 Affidavit of Service of

THE CITY OF NEW YORK, ET AL.,                    Summons and Complaint

                     Defendant(s)
--------------------------------------------------------------------------X

STATE OF NEW YORK, COUNTY OF NEW YORK, SS:

The undersigned, being duly sworn, deposes and says: deponent is not a party herein, is over 18 years of age and resides at NEW YORK, NY

That on January 09, 2007 at 03:09 PM at the address

    100 CHURCH STREET
    NEW YORK, NY 10007

deponent served the within Summons and Complaint

UPON:   THE CITY OF NEW YORK

By personally delivering a true copy of the Summons and Complaint to TAMEKIA MENDES-GAMMON, managing agent thereof.

Deponent describes the person actually served as follows:
SEX:      FEMALE
SKIN:     Brown
HAIR:     BLACK/BURGundy
AGE:      21-35
HEIGHT:  5'4"-5'8"
WEIGHT:  131-160

I asked the person spoken to whether said served was in active military service of the United States or of the State of New York in any capacity whatsoever and received a negative response. Said served wore ordinary civilian clothing and no military uniform. The grounds of this belief and the source of my information in this regard are the observations and conversations accounted above. Hence, upon information and belief, I assert that the recipient is not in military service of the United States or of New York State as the term is defined in the state or in the Federal statutes.

                                                                       REGENIA HYMAN
                                                                       LICENSE NO.: 1272438

Sworn to before me this    9th day of January, 2008

ANA E SANCHEZ
NOTARY PUBLIC, STATE OF NEW YORK
NO: 01SA5067260
QUALIFIED IN BRONX COUNTY
COMMISSION EXPIRES: October 15, 2010